IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE#4:21CR-00111 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Christopher Shoemake | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, **JACK MORRIS DOWNIE**, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: May 24-27, 2022, June 3-6, 2022, June 15-17, 2022, June 21, 2022, June 22-27, 2022, July 13-15, 2022, July 19, 2022, August 10, 2022, August 16, 2022, August 22-September 1, 2022, September 20, 2022, October 18, 2022, November 15, 2022, and December 19-23, 2022 is **GRANTED.**

Signed this 25th day of May 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia