IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:21-CR-00111-11 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Christopher Joseph Shoemake | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates:

July 12-14, 2023, July 26-31, 2023, and December 26, 2023-January 8, 2024 is **GRANTED.**

Signed this 22nd day of May 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia